IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RICHARD WILLIAMSON | § | |
| VS. | § | CIVIL ACTION NO. 1:24-CV-185 |
| UNITED STATES OF AMERICA | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Richard Williamson, a prisoner previously confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, filed this civil rights action pursuant to the Federal Tort Claims Act (FTCA).

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. On September 3, 2026, the magistrate judge recommended granting Defendant's Motion to Dismiss. To date, the parties have not filed objections to the Report and Recommendation.

The Court received and considered the Report and Recommendation of United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

After the expiration of the time for filing objections, Plaintiff filed a Motion for Extension of Time. Plaintiff did not request an extension to file objections. Instead, he requested a ninety-day extension of time to exhaust administrative remedies with the Bureau of Prisons. In this case, it would be futile to grant the motion. Although the government moved for dismissal alleging, in part,

that Plaintiff had not exhausted remedies, the magistrate judge rejected that argument. Further, if Plaintiff had not exhausted remedies, the action would be subject to dismissal because the FTCA requires exhaustion prior to filing a civil action. *McNeil v. United States*, 508 U.S. 106, 113 (1993). As a result, the Motion for Extension of Time should be denied.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge [Dkt. 30] is ADOPTED. Plaintiff's Motion for Extension of Time [Dkt. 32] is DENIED. Defendant's Motion to Dismiss [Dkt. 25] is GRANTED. A final judgment will be entered in accordance with this Order.

**SIGNED this 30th day of September, 2026.**

Michael J. Truncale
United States District Judge